IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL CHERISE HAMLIN, | )<br>) |
| Plaintiff, | ) Civil Action No. 2:11-cv-994 |
| | ) ELECTRONICALLY FILED |
| v. | ) |
| | ) Judge Mark R. Hornak |
| WRITERS GUILD OF AMERICA, WEST, *et al.*, | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| Defendants. | ) |
| | )<br>) |

## **MEMORANDUM ORDER**

The Complaint was filed in the above captioned case on August 12, 2011, after Plaintiff's Motion to Proceed *In Forma Pauperis* was granted.  The case was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No.4), filed on December 7, 2011, recommended that the Complaint (ECF No. 2) be dismissed with prejudice, with the caveat that Plaintiff's claim under the California Ralph Civil Rights Act be dismissed with prejudice as regards to re-filing in this Court, but dismissed without prejudice as regards to re-filing said claim in California state court.  Service of the Report and Recommendation was made on Plaintiff via certified mail at P.O. Box 334, Pittsburgh, PA  15230-0334.  Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local

Rules of Court, that she had fourteen (14) days to file any objections.  No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 18th day of January, 2012,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff April Cherise Hamlin (ECF No. 2) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's claim under the California Ralph Civil Rights Act is **DISMISSED WITH PREJUDICE** as regards to re-filing in this Court, but **DISMISSED WITHOUT PREJUDICE** as regards to re-filing said claim in California state court.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 4) of Chief Magistrate Judge Lenihan, dated December 7, 2011, is adopted as the opinion of the Court.

                                                                     */s Mark R. Hornak*
                                                                     MARK R. HORNAK
                                                                     United States District Judge

cc:    April Cherise Hamlin
       P.O. Box 334
       Pittsburgh, PA  15230-0334